JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>URS WEHINGER and WEHINGER KAELIN FERRARI, A.G. et al.,<br><br>    Defendants. | Case No. CV 18-5800-DMG (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's orders granting Plaintiff's motions for summary judgment as to Defendant Urs Wehinger's liability [Doc. # 157] and damages [Doc. # 172], and Plaintiff's motion for default judgment against Defendant Wehinger Kaelin Ferrari, A.G. [Doc. # 175],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Michael Baker, and against Defendants, jointly and severally with BCS Business Consulting Services Pte Ltd, Marcus Weber, and Renslade Holdings Limited, the defendants in the action arising in the Singapore International Commercial Court's Suit No. 3 of 2018 (Summons No. 25 of 2021), styled *Michael A. Baker v. BCS*

*Business Consulting Services Pte Ltd., et al.* (the "Singaporean action"), in the amount of CHF1,662,894.67 and US$7,859,424.23, plus interest, as awarded in the Singaporean action.  Plaintiff is awarded reasonable costs.

**IT IS SO ORDERED.**

DATED:  September 27, 2022

                                                                    _____
                                                                       DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE